UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARRY COLEMAN, 363101,

    Petitioner,

v.

LLOYD RAPELJE, Warden,

    Respondent.

CASE NO. 2:12-cv-11635

HON. GEORGE CARAM STEEH

MAG. DAVID R. GRAND

**Order Granting Respondent's Ex Parte Motion
For Leave to File Exhibits In The Traditional Manner**

    Respondent seeks the Court's leave to file a video of a police interview in the traditional manner because the recording cannot be authentically converted to electronic format. Pursuant to Rule 18(c) of the Electronic Filing Policies and Procedures, a party may file an exhibit in the traditional manner if the exhibit is a physical object that cannot authentically be converted to PDF format. The Court agrees that the video recordings cannot be authentically converted to electronic form as required by Rule 18(a). Therefore, the motion will be granted.

    Accordingly, it is **ORDERED** that Respondent's ex parte motion for leave to file an exhibit in the traditional manner (Doc. #9) is **GRANTED**.

    It is further **ORDERED** that Respondent must file the exhibit in the traditional manner with the Clerk of the Court and deliver the Judge's copy to chambers.

                                      s/George Caram Steeh
                                      United States District Judge

Dated: December 12, 2012

2

Proof of Service

I certify that a copy of this order was served upon
the parties/attorneys of record  and Barry Coleman #36301,
9625 Pierce Road, Freeland, MI  48623 by electronic and/or
regular mail.

                s/M. Beauchemin
                Deputy Clerk